COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jusden A. Kukowski, Jesse David Hartung d/b/a H & H Hauling, Inc and H & H Hauling, Inc. v. Bryce G. Burton

Appellate case number:      01-14-00129-CV

Trial court case number:    13CV1174

Trial court:                    56th District Court of Galveston County

On April 17, 2014, appellants Jusden Kukowski, Jesse David Hartung and H&H Hauling, Inc. filed a Motion for Clarification of Appellate Court's Order Granting Motion for Stay of Trial Court Proceedings, In Part.

The motion for clarification is **GRANTED**, and our clarification of our April 14, 2014 order is as follows:

Discovery directed towards appellees is not stayed. Discovery directed towards intervenors is not stayed. Specifically, the oral depositions of intervenors Tana Burton and Thomas Burton are not stayed.

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                    X Acting individually     ☐ Acting for the Court

Date: April 24, 2014